IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

SAMMIE MCDUFFIE, III,                    *
                                         *
    Plaintiff,                           *
                                         *
        v.                               *        CV 126-067
                                         *
APPLE AMERICAN GROUP LLC and             *
APPLE GEORGIA LLC,                       *
                                         *
    Defendants.                          *
                                         *

_____

O R D E R

_____

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 17.) This motion was filed prior to Defendants serving an answer or a motion for summary judgment. Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of July, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA